# REDACTED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **REDACTED** |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07- *162* |
| | ) |
| COLLIN ROMEO COLE, | ) |
| | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

> FILED
>
> DEC – 4 2007
>
> U.S. DISTRICT COURT
> DISTRICT OF DELAWARE

### COUNT ONE

On or about November 2, 2007, in the State and District of Delaware, the defendant herein, Collin Romeo Cole, an alien and citizen of Jamaica, was found in the United States after having been removed and deported therefrom on or about April 28, 2005, and the defendant was knowingly in the United States, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

COLM F. CONNOLLY
United States Attorney

BY: Christopher J. Burke    /SMB
Christopher J. Burke
Assistant United States Attorney

Dated: December 4, 2007