UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Collin Romeo Cole,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　CASE NO. 07-162-JJF<br>)<br>)<br>)<br>) |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **12/13/07** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until January 10, 2008 The time between the date of this order and January 10, 2008 shall be excludable under the Speedy Trial Act ( 18 U.S.C. 3161 et, seq.).

FILED
DEC 1 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
　　United States Attorney