IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-162-JJF |
| | ) |
| COLLIN ROMEO COLE, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR STATUS CONFERENCE

**NOW COMES** the United States, by and through its attorney Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney, and hereby moves for the Court to schedule a status conference in the above-captioned matter. In support of this motion, the United States asserts that the initial pretrial motions deadline of January 10, 2008, has passed, and that defendant Collin Romeo Cole has not filed any pretrial motions. The United States respectfully requests that the time between the filing of this motion and the date of the Status Conference be tolled under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F).

                                       Respectfully Submitted,

                                       COLM F. CONNOLLY


                                       /s/ Christopher J. Burke
                                 By:   Christopher J. Burke
                                       Assistant United States Attorney

Dated: January 11, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-162-JJF |
| | ) |
| COLLIN ROMEO COLE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this _____ day of _____ 2008, having considered the Government's Motion for a Status Conference, **IT IS ORDERED** that the Government's motion is **GRANTED** and that a status conference shall commence on_____, at _____,

**IT IS FURTHER ORDERED** that the time between _____, and _____, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(F).

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge