IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-162-JJF |
| | : | |
| COLLIN R. COLE, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Collin R. Cole, Defendant, by and through his undersigned attorney, Keir Bradford, Assistant Federal Public Defender for the District of Delaware, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Joseph J. Farnan, Jr. on July 18, 2008, in the United States District Court for the District of Delaware.

        /s/ Keir Bradford
KEIR BRADFORD, ESQUIRE
Assistant Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com

Attorney for Defendant Collin R. Cole

Dated: July 21, 2008